**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

LISBETH GORDON,

    Plaintiff,

vs.                                                CASE NO.: 4:06cv405/MCR/WCS

THE COCA COLA COMPANY, et al.,

    Defendants.
    _____/

**O R D E R**

    This matter has recently been reassigned to the undersigned. Upon review of the pending docket, the court makes the following determinations and findings:

    1. Plaintiff's Motion to Terminate Remittal Procedure was initially filed on November 21, 2006, (doc. 37) and was duplicated on November 22, 2006 (doc. 39).[1] This motion contains Plaintiff's notice of voluntary dismissal as to Defendant The Coca Cola Company. Accordingly, Defendant The Coca Cola Company is hereby dismissed without prejudice.

    2. Pursuant to Plaintiff's notice of voluntary dismissal[2] (doc. 34), Defendant Faygo Beverages, Inc., is hereby dismissed without prejudice. Accordingly, Defendant Faygo's Motion to Dismiss (docs. 18, 19, 20, 21, 22) are rendered moot.

    3. Pursuant to Plaintiff's notice of voluntary dismissal (doc. 47), Defendant Kraft Foods Global, Inc., is hereby dismissed with prejudice.

---

[1] The Honorable Robert L. Hinkle has previously ruled on Plaintiff's request. (See doc. 43). The clerk is instructed to terminate the duplicate motion.

[2] The docket sheet indicates this document was filed by Plaintiff as a Motion to Dismiss; however, the document filed is in fact a voluntary dismissal pursuant to Fed.R.Civ.P. 41(a)(1). The clerk is instructed to correct the docket sheet accordingly.

4.     Pursuant to Plaintiff's notice of voluntary dismissal (doc. 48), Defendant Meridian Beverage Company, is hereby dismissed with prejudice.[3]

5.     Plaintiff's Motion for Leave to Amend the Complaint (doc. 15) is GRANTED.[4] Plaintiff shall file the Second Amended Complaint within five (5) days of the entry of this order. Defendants shall have twenty (20) days thereafter to file a response to the Second Amended Complaint.

6.     Defendants' Joint Consent Motion to Reset Deadline to Respond to Complaint (doc. 17) is DENIED as moot.

7.     All deadlines imposed by the previously entered Initial Scheduling Order shall be tolled and all discovery stayed until further order of the court.

**DONE and ORDERED** this 21st day of December, 2006.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[3] Plaintiff's duplicate motions to dismiss Defendant Meridian filed November 16, 2006, are deficient as they do not contain the proper electronic signature. (See docs. 35, 36). Nonetheless, these motions are now rendered moot and the clerk shall terminate them accordingly.

[4] Pursuant to Local Rule 15.1, when leave is sought to amend a pleading pursuant to a motion, the motion and the proposed amended pleading shall each be filed and docketed separately. Though Plaintiff's motion is deficient as it does not comply with the Local Rules, leave of court is not required in this instance as no answer has been filed by any Defendant in this cause.

CASE NO.: 4:06cv405/MCR/WCS