*FLN (Rev. 4/2004) Deficiency Order*                                                 *Page 1 of 1*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

LISBETH GORDON, et al.

        vs                                      Case No. 4:06cv405/MCR/WCS

COCA-COLA ENTERPRISES, INC.,
et al.

_____

## O R D E R

**Plaintiffs' MOTION FOR LEAVE TO SUBSTITUTE MEMORANDUM IN OPPOSITION TO SHASTA'S MOTION TO DISMISS (electronically filed 5/1/2007, doc.88)**, was referred to the undersigned with the following deficiencies:

    Counsel for the moving party <u>shall confer with counsel</u> for the opposing party and shall file with the court, at the time of filing a motion, a statement certifying that counsel has conferred with counsel for the opposing party in a good-faith effort to resolve by agreement the issues raised or has attempted to so confer but, for good cause stated, was unsuccessful, as required by N.D. Fla. Loc. R. 7.1(B).

    Memorandum required by N.D. Fla. Loc. R. 7.1(A).

    A motion for leave of court is required when seeking to amend a pleading. When leave is sought to amend a pleading pursuant to a motion, the motion and the proposed amended pleading <u>shall each be filed and docketed separately</u>. The proposed amended pleading shall not take effect unless and until the motion to amend is granted.  See N.D. Fla. Loc. R. 15.1.

For these reasons, IT IS ORDERED that:

    The document shall remain in the electronic file, but the court will not consider it until you have corrected the above deficiencies through the filing of a corrected document. The document is denied without prejudice with leave given to refile after correction.

    **DONE and ORDERED** this 2nd day of May, 2007.

                                                *s/ M. Casey Rodgers*
                                                **M. CASEY RODGERS**
                                                **UNITED STATES DISTRICT JUDGE**